UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL LEE SARGENT                                                              PLAINTIFF

v.                                    No. 2:24-cv-2028

OFFICER HAMBY,
Van Buren Police Department;
OFFICER TREEWILLIGER,
Van Buren Police Department; and
OFFICER REED                                                                   DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 9) from United States Chief Magistrate Judge Mark E. Ford.  The Magistrate Judge recommends that the Court dismiss this case without prejudice for failure to prosecute, failure to comply with a court order, and failure to comply with Local Rule 5.5(c)(2).  The deadline to object to the Magistrate Judge's report and recommendation has passed, with no objections having been filed.  The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.  The Court further certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith.  Judgment will be entered accordingly.

IT IS SO ORDERED this 20th day of May, 2024.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE